IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON MCCOY,**<br><br>                                         Petitioner,<br><br>          v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                                         Respondent. | Case No. 2:16-cv-0642 KJN P<br><br>**ORDER** |

Petitioner is a state prisoner, proceeding without counsel. On June 21, 2016, respondent filed a motion for extension of time to file a response to the habeas petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for extension (ECF No. 10) is granted; and

2. The response to the petition for writ of habeas corpus shall be filed on or before July 21, 2016.

Dated: June 23, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcco0642.eot